**Charlie H. ROWE, Claimant–Appellant,**

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2008–7006.**

United States Court of Appeals, Federal Circuit.

Dec. 20, 2007.

Charlie H. Rowe, pro se.

### ORDER

Charlie H. Rowe has not responded to the court's October 25, 2007 order directing him to respond within 21 days why his appeal should not be dismissed as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.